UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMES DEAN PURVIS,

    Plaintiff,

v.                                        Case No. 5:15cv110/RH/CJK

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

    Plaintiff, who is proceeding *pro se*, filed a complaint for judicial review of an adverse administrative decision of the defendant (doc. 2) and a motion to proceed *in forma pauperis* (doc. 3) in the United States District Court for the Middle District of Alabama. The matter subsequently was transferred to this court (doc. 1). At the time plaintiff filed his complaint and motion, he was represented by counsel.[1] The motion was filed on the form provided by the Middle District of Alabama and reflected no income and no expenses for plaintiff. The undersigned allowed plaintiff thirty days in which to file a motion to proceed *in forma pauperis* on the form used by this court and, in the event he again indicated he had no income and no expenses, directed him to provide a statement on the form clarifying the lack of expenses. The undersigned

---

[1] Plaintiff's counsel never sought admission to the bar of this court. *See* doc. 6.

also advised plaintiff that if he failed to file a properly completed motion to proceed in *forma pauperis* on the correct form within the time allowed, the undersigned would recommend that the matter be dismissed for failure to prosecute and/or failure to comply with an order of the court.

After more than thirty days passed and plaintiff had not filed a motion to proceed *in forma pauperis* on the proper form, the undersigned entered an order directing plaintiff to show cause within fourteen days why the matter should not be dismissed for failure to comply with an order of the court and/or failure to prosecute. Because no address for plaintiff appears on the docket, the undersigned directed that a copy of the show cause order be mailed to plaintiff's former counsel, Debra H. Buchanan, 207 W. Troy Street, Dothan, AL 36303, and that Ms. Buchanan promptly provide a copy of the form to plaintiff or apprise the court of her inability to do so. More than fourteen days have passed and neither plaintiff nor Ms. Buchanan has responded to the show cause order.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and/or failure to comply with an order of the court.

2. That the Clerk be directed to close the file.

At Pensacola, Florida this 12th day of November, 2015.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 5:15cv110/RH/CJK

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).

Case No. 5:15cv110/RH/CJK